AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SAMUEL LYNN HARRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>CITY OF DURHAM, CITY OF DURHAM ) **CASE NO. 5:13-CV-82-D**<br>EMPLOYEES, FBI/DOJ, *All of their Employees and* )<br>*Educators*, EEOC, *All of their Employees and* )<br>*Educators*, NORMENT SECURITY GROUP, )<br>CORMETECH, INC., DOUG MCNAY, CAE USA, INC., )<br>DARREN UGLESS, LOCKHEED MARTIN, NCDOT, )<br>*Traffic Engineering Division*, WALMART, *Lumberton, NC*, )<br>GOSHEN RUBBER, INC. (GNC) *Wilson, NC*, )<br>ROBESON COMMUNITY COLLEGE, *Lumberton, NC*, )<br>LUMBERTON SENIOR HIGH SCHOOL, *Lumberton, NC*, )<br>and CSC-LAWYERS INCORPORATING SERVICE )<br>COMPANY, )<br>Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's Amended Complaint as frivolous. The Motions for Extension [D.E. 3, 9] are DENIED. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>APRIL 22, 2013</u> WITH A COPY TO:

Samuel Lynn Harrison, Pro se (via USPS to 6809 Paint Rock Lane, Raleigh, NC 27610)

<u>April 22, 2013</u>                                   JULIE A. RICHARDS, Clerk
Date                                                            Eastern District of North Carolina

                                                                    <u>/s/ Debby Sawyer                   </u>
                                                                    (By) Deputy Clerk

Raleigh, North Carolina